### EIT HOLDINGS LLC, Plaintiff–Appellant,

v.

### YELP!, INC., Defendant–Appellee.

### No. 2012–1192.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2012.

Rehearing and Rehearing En Banc Denied Jan. 3, 2013.

Alisa A. Lipski, Goldstein & Lipski, PLLC, of Houston, TX, argued for plaintiff-appellant. With her on the brief was Edward W. Goldstein.

Daralyn J. Durie, Durie Tangri LLP, of San Francisco, CA, argued for defendant-appellee. With her on the brief were Ryan M. Kent and Eugene Novikov.

RADER, Chief Judge, LINN and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**